UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DOC WARREN | CIVIL ACTION NO. 17-1253 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| CALDWELL CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Plaintiff Doc Warren, an inmate at Dixon Correctional Institute proceeding pro se and in forma pauperis, filed the instant Complaint on September 27, 2017, under 42 U.S.C. § 1983. Plaintiff names Caldwell Correctional Center, Warden Wyles, Sheriff Bennett, James LeBlanc, Nurse Corley, Ms. Taylor, Unknown Kitchen Officer, and Tim Hooper as Defendants.[1] He alleges several constitutional violations, and he seeks monetary, punitive, injunctive, and declaratory relief.

On January 23, 2018, the Court granted Plaintiff in forma pauperis status. [doc. # 18]. However, federal district courts have, in at least three separate proceedings when Plaintiff was incarcerated or detained, dismissed Plaintiff's civil rights complaints as either frivolous, malicious, or for failure to state a claim upon which relief can be granted. *Doc Eugene Warren v. Marlin N. Gusman, Sheriff Orleans Parish*, 2:16-cv-12240 (E.D. La. Aug. 8, 2016); *Doc Eugene Warren, III v. Marlin N. Gusman*, 2:16-cv-15046 (E.D. La. April 13, 2017); *Doc Eugene Warren, III v. Morris Thigpen, Commissioner*, 92-A-0503-N (M.D. Ala. May 22, 1992).

---

[1] This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636 and the standing orders of the Court.

Under 28 U.S.C. § 1915(g), "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

Here, the Court does not find that Plaintiff is in imminent danger of serious physical injury. Thus, Plaintiff is not entitled to proceed in forma pauperis.

Accordingly, **IT IS ORDERED** that the Order granting Plaintiff in forma pauperis status, [doc. # 18], is **REVOKED AND RESCINDED**.

**IT IS FURTHER ORDERED** that for Plaintiff's claims to remain viable, Plaintiff must pay the full filing fee of four hundred dollars ($400.00) within **twenty (20) days** from the date of this Order. **FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD**.

In Chambers, Monroe, Louisiana, this 3rd day of May, 2018.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE